# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDITH RATLIFF,<br><br>    Plaintiff,<br><br> v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant.<br>_____/ | Case No. 1:19-cv-01166-SKO<br><br>**ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>(Doc. 2) |

**ORDER**

Plaintiff Edith Ratliff filed a complaint on August 26, 2019, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Docs. 1, 2.) Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed *in forma pauperis* is GRANTED;
2. The Clerk of Court is DIRECTED to issue a summons; and
3. The United States Marshal is DIRECTED to serve a copy of the complaint, summons, and this order upon the defendant as directed by the plaintiff.

IT IS SO ORDERED.

Dated:  **August 28, 2019**        /s/ *Sheila K. Oberto*
                       UNITED STATES MAGISTRATE JUDGE